UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUSTIN GOLDMAN,

                         Plaintiff,

          -against-

BLEACHER REPORT, INC.; WARNER
BROS. DISCOVERY, INC.,

                         Defendants.

26 CIVIL 00952 (LTS)

CIVIL JUDGMENT

     For the reasons stated in the March 10, 2026, order, this action is dismissed.

     The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45

(1962) (holding that an appellant demonstrates good faith when he seeks review of a

nonfrivolous issue).

     SO ORDERED.

 Dated:    March 12, 2026

          New York, New York

                                             /s/ Laura Taylor Swain
                                             LAURA TAYLOR SWAIN
                                          Chief United States District Judge